JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 2 0 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1629

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-8)

On October 26, 2004, the Panel transferred 23 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 51 additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of October 26, 2004, 342 F.Supp.2d 1350 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

| Inasmuch as no objection is pending at this time, the stay is lifted.<br><br>JUN - 7 2005<br><br>CLERK'S OFFICE<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION | FOR THE PANEL:<br><br>*Michael J. Beck*<br><br>Michael J. Beck<br>Clerk of the Panel |
|---|---|

# SCHEDULE CTO-8 - TAG-ALONG ACTIONS
## DOCKET NO. 1629
## IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #

**ALABAMA NORTHERN**
ALN 7 05-74          Frieda Burroughs, etc. v. Pfizer, Inc., et al.

**MAINE**
~~ME 2 05-84~~       ~~Gerald Demers v. Pfizer, Inc., et al.~~        Opposed 6/3/05

**MISSOURI EASTERN**
~~MOE 4 04-1429~~    ~~Earl E. Prather, et al. v. Pfizer, Inc., et al.~~   Vacated 6/6/05

**NEW JERSEY**
NJ 2 04-4882         Marianne Smolucha, etc. v. Pfizer, Inc., et al.
NJ 2 04-4883         Christine Gambardello, et al. v. Pfizer, Inc., et al.
NJ 2 05-2061         John Jarosz, etc. v. Pfizer, Inc., et al.

**NEVADA**
NV 2 04-1694         Monica Almeida v. Pfizer, Inc.

**TEXAS WESTERN**
~~TXW 1 05-175~~     ~~Irene Barlow v. Pfizer, Inc., et al.~~         Opposed 6/3/05

# U.S. District Court
## Northern District of Alabama (Western)
### CIVIL DOCKET FOR CASE #: 7:05-cv-00074-UWC

Burroughs v. Pfizer, Inc et al
Assigned to: Chief Judge U W Clemon
Case in other court: Tuscaloosa Circuit Court, 04-01975
Cause: 28:1446pl Petition for Removal - Product Liability

Date Filed: 01/14/2005
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Frieda Burroughs**
*as Executor of the Estate of Emory M. Burroughs, deceased*

represented by **Silas G Cross, Jr**
CROSS POOLE GOLDASICH & FISCHER LLC
1416 Greensboro Avenue
Tuscaloosa, AL 35401
1-205-391-9932
Email: dcross@cpgf-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer, Inc**

represented by **Andrew B Johnson**
BRADLEY ARANT ROSE & WHITE
PO Box 830709
Birmingham, AL 35283-0709
521-8000
Email: ajohnson@bradleyarant.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**F M Haston, III**
BRADLEY ARANT ROSE & WHITE
PO Box 830709
Birmingham, AL 35283-0709
521-8000
Email: thaston@bradleyarant.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James W Gewin**
BRADLEY ARANT ROSE & WHITE
PO Box 830709
Birmingham, AL 35283-0709
521-8000

Email: jgewin@bradleyarant.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Warner-Lambert Company, LLC**     represented by     **Andrew B Johnson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**F M Haston, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James W Gewin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Parke-Davis, Inc**     represented by     **Andrew B Johnson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**F M Haston, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James W Gewin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rite Aid Headquarters Corporation**     represented by     **Douglas L Brown**
BRADY RADCLIFF & BROWN LLP
Post Office Box 1668
Mobile, AL 36633
251-405-0077
Fax: 251-405-0076
Email: dbrown@brblawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rite Aid of Alabama, Inc**   represented by   **Douglas L Brown**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rite Aid 7028**   represented by   **Douglas L Brown**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/14/2005 | 1 | NOTICE OF REMOVAL by Pfizer, Inc, Warner-Lambert Company, LLC, Pfizer, Inc, Warner-Lambert Company, LLC from Tuscaloosa Circuit Court, case number 2004-1975. ( Filing fee $ 150 rec # 200 211572), filed by Pfizer, Inc, Warner-Lambert Company, LLC, Pfizer, Inc, Warner-Lambert Company, LLC. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit #C (4) Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G)(KAM, ) (Entered: 01/18/2005) |
| 01/14/2005 | 2 | JOINDER in re 1Notice of Removal filed by Rite Aid Headquarters Corporation, Rite Aid of Alabama, Inc, Rite Aid 7028. (KAM, ) (Entered: 01/18/2005) |
| 01/18/2005 | 3 | ANSWER to Complaint by Parke-Davis, Inc, Pfizer, Inc, Warner-Lambert Company, LLC.(Johnson, Andrew) (Entered: 01/18/2005) |
| 01/18/2005 | 4 | NOTICE of Corporate Disclosure by Parke-Davis, Inc, Pfizer, Inc, Warner-Lambert Company, LLC (Johnson, Andrew) (Entered: 01/18/2005) |
| 01/21/2005 | 5 | NOTICE of Corporate Disclosure by Rite Aid Headquarters Corporation, Rite Aid of Alabama, Inc, Rite Aid 7028 (Brown, Douglas) (Entered: 01/21/2005) |
| 02/16/2005 | 6 | STATE Court pleadings filed. (SRJ, ) (Entered: 02/16/2005) |
| 02/28/2005 | 7 | REPORT of Rule 26(f) Planning Meeting. (Johnson, Andrew) (Entered: 02/28/2005) |
| 03/02/2005 | 8 | SCHEDULING ORDER: the dates AGREED to by parties in their Planning Meeting are hereby ADOPTED, and includes: Discovery dll is 2/15/2006. ALL Dispositive Motions ddl is 3/3/2006.. Signed by Judge U W Clemon on March 2, 2005. (SRJ, ) (Entered: 03/02/2005) |
| 03/04/2005 | 9 | MOTION to Dismiss by Rite Aid Headquarters Corporation, Rite Aid of Alabama, Inc, Rite Aid 7028. (Brown, Douglas) (Entered: 03/04/2005) |
| 03/04/2005 | 10 | NOTICE by Rite Aid Headquarters Corporation, Rite Aid of Alabama, Inc, Rite Aid 7028 re 9 MOTION to Dismiss *Notice of Filing Exhibits* (Attachments: # 1 Exhibit 1# 2 Errata 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7)(Brown, Douglas) (Entered: 03/04/2005) |
| 03/28/2005 | 11 | NOTICE by Frieda Burroughs *Plaintiff's Rule 26(a)(1) Disclosures* (Attachments: # 1)(Cross, Silas) (Entered: 03/28/2005) |

| | | |
|---|---|---|
| 03/29/2005 | 12 | Submission of Discovery (Rule 26(a)(1) disclosures Filed by plaintiff Frieda Burroughs. (SRJ, ) (Entered: 04/01/2005) |
| 04/07/2005 | 13 | NOTICE of Hearing on Motion Motion Hearing set for 4/22/2005 01:30 PM before Chief Judge U W Clemon. (Attachments: # 1)(DGS, ) (Entered: 04/07/2005) |
| 04/19/2005 | | ORDER granting 9 Motion to Dismiss Rite Aid defendants. Signed by Judge U W Clemon on April 19, 2005. (SRJ, request of SB) (Entered: 04/19/2005) |
| 04/22/2005 | 14 | AMENDED SCHEDULING ORDER to include the attached Requirements of the Uniform Initial Order & Appendices AS SET OUT in this Order. Signed by Judge U W Clemon on April 22, 2005. (SRJ, ) (Entered: 04/22/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/16/2005 15:59:56 | | | |
| **PACER Login:** | us2510 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 7:05-cv-00074-UWC |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |