**UNITED STATES DISTRICT COURT**
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700 Ext. #141

Perry Mathis
Clerk

Sharon Harris
Chief Deputy Clerk

June 30, 2005

U.S. District Court
District of Massachusetts
Sarah Allison Thornton, Clerk of Court
1 Courthouse Way
Boston, MS 02210

        USDC-NDAL Case No.:   CV-05-UWC-0074-W
        USDC-District   of   Massachusetts:1:05cv11260PBS

        **Frieda Burroughs   vs   Pfizer, Inc., et al.,**

Dear Clerk of Court:

    In accordance with Judicial Panel of MDL Order entered June 7, 2005, the above-entitled Civil action is *TRANSFERRED* to the United States District Court -District of Massachusetts for further litigation. Enclosed is a Certified Copy of the Docket Entries, Original Record on File and a copy of Transfer Order. Please Acknowledge Receipt on the Attached Copy of this Letter.

        Sincerely,
        PERRY D. MATHIS, CLERK

        By: /s/ Sonja R. Jenkins
        Sonja R. Jenkins, Deputy Clerk for
        Chief Judge U.W. Clemon

PDM: :srj
Enclosures

xc: Counsel

CM/ECF - U.S. District Court Northern District of Alabama... https://ecf.alnd.uscourts.gov/cgi-bin/DktRpt.pl?306579443...
Case 1:05-cv-11260-PBS    Document 16-2    Filed 07/05/2005    Page 1 of 6

CLOSED

# U.S. District Court
## Northern District of Alabama (Western)
## CIVIL DOCKET FOR CASE #: 7:05-cv-00074-UWC

Burroughs v. Pfizer, Inc et al
Assigned to: Chief Judge U W Clemon
Cause: 28:1446pl Petition for Removal - Product Liability

Date Filed: 01/14/2005
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

### Plaintiff

**Frieda Burroughs**
*as Executor of the Estate of Emory M. Burroughs, deceased*

represented by **Silas G Cross, Jr**
CROSS POOLE GOLDASICH & FISCHER LLC
1416 Greensboro Avenue
Tuscaloosa, AL 35401
1-205-391-9932
Email: dcross@cpgf-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**Pfizer, Inc**

represented by **Andrew B Johnson**
BRADLEY ARANT ROSE & WHITE
PO Box 830709
Birmingham, AL 35283-0709
521-8000
Email: ajohnson@bradleyarant.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**F M Haston, III**

        BRADLEY ARANT ROSE & WHITE
PO Box 830709
Birmingham, AL 35283-0709
521-8000
Email: thaston@bradleyarant.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James W Gewin**
BRADLEY ARANT ROSE & WHITE
PO Box 830709
Birmingham, AL 35283-0709
521-8000
Email: jgewin@bradleyarant.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Warner-Lambert Company, LLC**     represented by     **Andrew B Johnson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**F M Haston, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James W Gewin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Parke-Davis, Inc**     represented by     **Andrew B Johnson**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**F M Haston, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James W Gewin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rite Aid Headquarters Corporation**     represented by     **Douglas L Brown**
BRADY RADCLIFF & BROWN LLP
Post Office Box 1668
Mobile, AL 36633
251-405-0077
Fax: 251-405-0076
Email: dbrown@brblawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rite Aid of Alabama, Inc**     represented by     **Douglas L Brown**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rite Aid 7028**     represented by     **Douglas L Brown**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 01/14/2005 | [1](#) | NOTICE OF REMOVAL by Pfizer, Inc, Warner-Lambert Company, LLC, Pfizer, Inc, Warner-Lambert Company, LLC from Tuscaloosa Circuit Court, case number 2004-1975. ( Filing fee $ 150 rec # 200 211572), filed by Pfizer, Inc, Warner-Lambert Company, LLC, Pfizer, Inc, Warner-Lambert Company, LLC. (Attachments: # [1](#) Exhibit A# [2](#) Exhibit B# [3](#) Exhibit #C (4) Exhibit D# [5](#) Exhibit E# [6](#) Exhibit F# [7](#) Exhibit G)(KAM, ) (Entered: 01/18/2005) |
| 01/14/2005 | [2](#) | JOINDER in re [1](#)Notice of Removal filed by Rite Aid Headquarters Corporation, Rite Aid of Alabama, Inc, Rite Aid 7028. (KAM, ) (Entered: 01/18/2005) |
| 01/18/2005 | [3](#) | ANSWER to Complaint by Parke-Davis, Inc, Pfizer, Inc, Warner-Lambert Company, LLC.(Johnson, Andrew) (Entered: 01/18/2005) |
| 01/18/2005 | [4](#) | NOTICE of Corporate Disclosure by Parke-Davis, Inc, Pfizer, Inc, Warner-Lambert Company, LLC (Johnson, Andrew) (Entered: 01/18/2005) |
| 01/21/2005 | [5](#) | NOTICE of Corporate Disclosure by Rite Aid Headquarters Corporation, Rite Aid of Alabama, Inc, Rite Aid 7028 (Brown, Douglas) (Entered: 01/21/2005) |
| 02/16/2005 | [6](#) | STATE Court pleadings filed. (SRJ, ) (Entered: 02/16/2005) |
| 02/28/2005 | [7](#) | REPORT of Rule 26(f) Planning Meeting. (Johnson, Andrew) (Entered: 02/28/2005) |
| 03/02/2005 | [8](#) | SCHEDULING ORDER: the dates AGREED to by parties in their Planning Meeting are hereby ADOPTED, and includes: Discovery dll is 2/15/2006. ALL Dispositive Motions ddl is 3/3/2006.. Signed by Judge U W Clemon on March 2, 2005. (SRJ, ) (Entered: 03/02/2005) |
| 03/04/2005 | [9](#) | MOTION to Dismiss by Rite Aid Headquarters Corporation, Rite Aid of Alabama, Inc, Rite Aid 7028. (Brown, Douglas) (Entered: 03/04/2005) |
| 03/04/2005 | [10](#) | NOTICE by Rite Aid Headquarters Corporation, Rite Aid |

| | | |
|---|---|---|
| | | of Alabama, Inc, Rite Aid 7028 re 9 MOTION to Dismiss *Notice of Filing Exhibits* (Attachments: # 1 Exhibit 1# 2 Errata 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7)(Brown, Douglas) (Entered: 03/04/2005) |
| 03/28/2005 | 11 | NOTICE by Frieda Burroughs *Plaintiff's Rule 26(a)(1) Disclosures* (Attachments: # 1)(Cross, Silas) (Entered: 03/28/2005) |
| 03/29/2005 | 12 | Submission of Discovery (Rule 26(a)(1) disclosures Filed by plaintiff Frieda Burroughs. (SRJ, ) (Entered: 04/01/2005) |
| 04/07/2005 | 13 | NOTICE of Hearing on Motion Motion Hearing set for 4/22/2005 01:30 PM before Chief Judge U W Clemon. (Attachments: # 1)(DGS, ) (Entered: 04/07/2005) |
| 04/19/2005 | | ORDER granting 9 Motion to Dismiss Rite Aid defendants. Signed by Judge U W Clemon on April 19, 2005. (SRJ, request of SB) (Entered: 04/19/2005) |
| 04/22/2005 | 14 | AMENDED SCHEDULING ORDER to include the attached Requirements of the Uniform Initial Order & Appendices AS SET OUT in this Order. Signed by Judge U W Clemon on April 22, 2005. (SRJ, ) (Entered: 04/22/2005) |
| 06/13/2005 | 15 | CONDITIONAL TRANSFER ORDER (CTO-8) before Judicial Panel on MDL re MDL 1629 In re Neurontin Marketing, Sales Practices & Products Liability Litigation this action is TRANSFERRED to the District of Massachusetts for reasons stated herein Transmittal STAYED for Fifteen (15) days from entry . Signed on June 7, 2005. (SRJ, ) (Entered: 06/30/2005) |
| 06/23/2005 | 16 | ORDER DISMISSING CASE pursuant to USDC-District of Massachusetts request for original file in accordance w/Transfer Order of MDL Judicial Panel, Signed by Judge William Terrell Hodges on June 23, 2005 15. (Attachments: # 1 MDL Judicial Panel Order)(SRJ, ) (Entered: 06/30/2005) |
| 06/30/2005 | 17 | Original Court File, Certified Copy of docket entries & a copy of Transfer Order mailed to USDC-District of |

|  |  | Massachusetts' Clerk of Court (SRJ, ) Additional attachment(s) added on 6/30/2005 (SRJ, ). (Entered: 06/30/2005) |
|---|---|---|

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/21/2005 10:25:46 | | | |
| **PACER Login:** | us2510 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 7:05-cv-00074-UWC |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |